# Cases

# FIRST DEPARTMENT

IN THE

## APPELLATE DIVISION,

### January, 1905.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM C. BRAISTED, Respondent, v. JOHN H. McCOOEY and Others, Composing and Constituting the MUNICIPAL CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK, Appellants.

*Civil service commission — its determination is not reviewable in the absence of bad faith or illegal action.*

In the absence of charges of bad faith or illegal action, the Appellate Division cannot review, either by certiorari or by mandamus, the determination of a municipal civil service commission in rating candidates in competitive examinations.

APPEAL by the defendants, John. H. McCooey and others, composing and constituting the municipal civil service commission of the city of New York, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 15th day of June, 1904, granting the relator's motion for a peremptory writ of mandamus.

*William B. Crowell,* for the appellants.

*Louis J. Grant,* for the respondent.

PER CURIAM:

Neither upon the facts nor the law was there warrant for the granting of a peremptory writ of mandamus. In the absence of charges of bad faith or illegal action we cannot review the determi-

nation of the civil service commissioners in rating candidates in competitive examinations, either by certiorari or by mandamus. (*Matter of Allaire* v. *Knox*, 62 App. Div. 29; affd., 168 N. Y. 642.)

The order appealed from must be reversed, with costs, and the motion denied.

Present — VAN BRUNT, P. J., PATTERSON, O'BRIEN, HATCH and LAUGHLIN, JJ.

Order reversed, with costs, and motion denied, with costs.